# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **JAMES HAWTHORNE,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00301-BP |
| § | |
| **BIRDVILLE INDEPENDENT** § | |
| **SCHOOL DISTRICT,** § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED**.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the plaintiff.

3. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Memorandum Opinion and Order, to the parties.

It is so **ORDERED** on this twelfth day of April, 2024.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE